# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Petitioner,<br><br>    v.<br><br>FREDERICO A. CARLYE,<br><br>                  Respondent. | 1:20-CV-00151-LJO-EPG<br><br>**ORDER CONCERNING SHOW CAUSE HEARING RE: TAX SUMMONS ENFORCEMENT**<br><br>**Taxpayer:**   **FREDERICO A. CARLYE**<br>**Date:**       **Friday, April 10, 2020**<br>**Time:**       **10:00 a.m.**<br><u>**Telephone No:**</u> <u>**1-888-251-2909**</u><br><u>**Passcode:**</u>   <u>**1024453**</u><br>**Judge:**     **Honorable Erica P. Grosjean** |

On February 5, 2020, the Court set an in-person hearing for the order to show cause why the respondent, Frederico A. Carlye, should not be compelled to obey an IRS summons. (ECF No. 5.) Since then, the Chief United States District Judge of the Eastern District of California issued General Order No. 612, which concerns public access to the courthouse in light of COVID-19.[1] As a result, the Court cannot proceed with the hearing in person.

In lieu of personal appearance, it is ORDERED that the parties shall appear by telephone at the previously scheduled date and time using the instructions set forth above.

If the United States wishes to postpone the hearing until in-person hearings are possible, it shall

---

[1] A copy of the General Order is available at http://www.caed.uscourts.gov/caednew/assets/File/GO%20612.pdf.

notify the Court and seek a continuance.

It is further ORDERED that:

1. Under Fed. R. Civ. P. 5(a)(1)(A), the Court hereby appoints the investigating IRS employee, and all federal employees designated by that employee, to serve a copy of this order.

2. A copy of this order shall be served by delivering a copy to the respondent personally, or by leaving a copy at the respondent's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein, or by any other means of service permitted by Fed. R. Civ. P. 5(b)(2), within one week of the date of this order, unless such service cannot be made despite reasonable efforts.

3. Proof of any service done under paragraph 2, above, shall be filed with the Clerk as soon as practicable.

4 If the federal employee assigned to serve these documents is not reasonably able to serve the papers as provided in paragraph 2, Petitioner may request a court order granting leave to serve by other means. *See* Fed. R. Civ. P. 81(a)(5). The request shall detail the efforts made to serve the respondent.

IT IS SO ORDERED.

Dated: **March 31, 2020**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE