IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>                    Petitioner,<br><br>         v.<br><br>FREDERICO A. CARLYE,<br><br>                    Respondent. | 1:20-CV-00151-NONE-EPG<br><br>**ORDER TO DISMISS AND CLOSE CASE**<br><br>**ORDER FOR CLERK TO APPOINT DISTRICT JUDGE FOR PURPOSES OF CLOSING CASE** |

   Based on Petitioner's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Dkt. 20, the Court hereby DIMISSES, without prejudice, the United States' Petition to Enforce IRS Summons in the above-referenced case.  The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to CLOSE THIS CASE..

IT IS SO ORDERED.

   Dated:   **November 30, 2020**          /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE

**[PROPOSED] ORDER TO DISMISS AND CLOSE CASE**     1